ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| Nisar A. Piracha | 1:16-CR-402 |

I, Nisar A. Piracha, the above named defendant, who is accused of violating Title 21, United States Code, Sections 841(b)(1)(C) and 846, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 17, 2016 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Nisar A. Piracha
Defendant

_____
Stanley M. Baum
Counsel for Defendant

Before _____
Judicial Officer

11/17/2016