IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

           vs.

NISAR A. PIRACHA,

        Defendant

Criminal Information

No. 1:16-CR-402

## NOTICE OF APPEARANCE AS COUNSEL
## ON BEHALF OF DEFENDANT

Now comes Stanley M. Baum who files this Notice of Appearance as

counsel to the Defendant Nisar A. Piracha in the above styled case.

Respectfully submitted,

s/ Stanley M. Baum
Attorney for Defendant
Georgia Bar No. 042800

Bates & Baum
3151 Maple Drive, N. E.
Atlanta, GA 30305
(404) 520-6128
Stanbaum1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed this Notice of Appearance on Behalf of Defendant with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Nathan P. Kitchens, Assistant U. S. Attorney
> Michael J. Brown, Assistant U. S. Attorney

> Respectfully submitted,

> s/ Stanley M. Baum
> Attorney for Defendant
> Georgia Bar No. 042800

Bates and Baum
3151 Maple Drive, N. E.
Atlanta, GA 30305
(404) 520-6128
e-mail Stanbaum1@gmail.com