**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| | CRIMINAL ACTION NO.: 1:16-CR-0402-ELR-1 |
| v. | |
| **NISAR PIRACHA,** | |
| DEFENDANT. | |

### ENTRY OF APPEARANCE

**COMES NOW** L. David Wolfe, Esq., and enters his appearance as counsel for the Defendant in the above-styled case.

The clerk is requested to send all correspondence, notices, etc., concerning this matter to undersigned counsel either electronically or at the address provided on this pleading.

This the 22nd day of November, 2016.

                                                  Respectfully submitted,

                                                  s/ L. David Wolfe
                                                  L. David Wolfe, P.C.
                                                  Georgia Bar No. 773325
                                                  Attorney for Defendant
                                                  *profldwolfe@aol.com*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| | **CRIMINAL ACTION NO.:** |
| | **1:16-CR-0402-ELR-1** |
| **v.** | |
| **NISAR PIRACHA,** | |
| **DEFENDANT.** | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **Entry of Appearance** upon the following individual by electronic filing, which will automatically send email notification of such filing to the following:

**Nathan P. Kitchens**
Assistant United States Attorney
Suite 600, Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
*nathan.kitchens@usdoj.gov*

This the 22nd day of November, 2016.

Respectfully submitted,

s/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Attorney for Defendant
*profldwolfe@aol.com*